UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF VERMONT
FEDERAL BUILDING
BURLINGTON, VERMONT 05402-0945

JEFFREY S. EATON
CLERK

☒ P.O. BOX 945
BURLINGTON 05402-0945
(802) 951-6301
❏ P.O. BOX 998
BRATTLEBORO 05302-0998
(802) 254-0250
❏ P.O. BOX 607
RUTLAND 05702-0607
(802) 773-0245

September 28, 2016

Matthew M. Shagam, Esq.
Hoff Curtis
100 Main Street
P.O. Box 1124
Burlington, VT 05402-1124

Karen McAndrew, Esq.
Dinse, Knapp & McAndrew, P.C.
209 Battery Street
P.O. Box 988
Burlington, VT 05402-0988

Andrea M. Paparella, Esq.
Brianna Wilson, Esq.
Law Office of Andrea M. Paparella, PLLC
150 W. 28th Street, Suite 1603
New York, NY 10001-5304

Re:   *Lee v. Middlebury College*
       Docket No. 2:16-cv-202-jmc

Dear Counsel:

Pursuant to Local Rule 16.1, the above-referenced case is subject to Early Neutral Evaluation (ENE).  Based on relevant areas of practice and geographical proximity to the parties, provided below are potential evaluators from the Court's roster.[1]

   Alison J. Bell, Esq., Burlington, Vermont
   Jerome F. O'Neill, Esq., Burlington, Vermont
   Antonio D. Pyle, Esq., Stowe, Vermont

It is intended that all parties strive to agree on one evaluator.  If all parties are unable to agree, each "side" may strike the name of one potential evaluator pursuant to L.R. 16.1(e)(1)(C).  Parties also have the option of stipulating to an evaluator of their own choosing as set forth in L.R. 16.1(d)(4).

Regardless of the method, please note that you are required to file your selection with the Court by **October 17, 2016**.

Please do not hesitate to contact me with any questions.

Sincerely,

*/s/ H. Beth Cota*
ENE Administrator
(802) 951-8113

---

[1] A full list of the Court's ENE panel is available at http://www.vtd.uscourts.gov/early-neutral-evaluation-ene